# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALLACE D. COWARD, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 23-CV-0024 |
| : | |
| PHILA; POLICE DEPARTM., *et al.* : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 6th day of January 2023, upon consideration of Wallace D. Coward's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Motion to Proceed *In Forma Pauperis* is **DISMISSED AS MOOT**.

3. The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                              /s/ Cynthia M. Rufe

                                              **CYNTHIA M. RUFE, J.**